UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 10-41121 GMB

Debtor: Steven H. Miller

| Check Number | Creditor | Amount |
|---|---|---|
| 1808279 | Pennymac Loan Services, LLC | 1423.49 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  June 6, 2013